4

United States District Court
Southern District of Texas
ENTERED

AUG 28 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 27 1998

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

REPUBLIC-VANGUARD INSURANCE CO.  }
                                 }
V.                               }   CIVIL ACTION NO. B-98-51
                                 }
JUAN CARDOZA                     }
d/b/a JL CONSTRUCTION CO.        }

## AGREED FINAL JUDGMENT

BE IT REMEMBERED that on the 27th day of June 1998, came Plaintiff REPUBLIC-VANGUARD INSURANCE CO. and Defendant JUAN CARDOZA d/b/a J L CONSTRUCTION CO. and announced their agreement that Plaintiff REPUBLIC-VANGUARD INSURANCE CO. was entitled to judgment that it did not owe a duty to defend or indemnify Defendant in the underlying suit. The "underlying suit" is "Elsa State Bank & Trust v. Sepulveda, et al," Cause No. DC-98-27 in the 381st District Court of Starr County, Texas. Plaintiff REPUBLIC-VANGUARD INSURANCE CO. and Defendant JUAN CARDOZA d/b/a J L CONSTRUCTION CO. further agreed that costs and attorneys' fees be taxed to the party incurring same. The Court is then of the opinion that final judgment be rendered in favor of Plaintiff REPUBLIC-VANGUARD INSURANCE CO. and against Defendant JUAN CARDOZA d/b/a J L CONSTRUCTION CO.

IT IS, THEREFORE, ORDERED that a final judgment is entered in favor of Plaintiff REPUBLIC-VANGUARD INSURANCE CO. that it has no duty to defend Defendant JUAN CARDOZA d/b/a J L CONSTRUCTION CO. in the underlying suit under Policy No. RGL310956, and that it has no duty to indemnify Defendant JUAN CARDOZA d/b/a J L CONSTRUCTION CO. for any sums paid under any judgment or under any settlement agreement

to any other party in the underlying case, or for his defense costs incurred in defending the underlying claims.

IT IS, FURTHER, ORDERED that all court costs including attorneys' fees be taxed to the party incurring same.

SIGNED FOR ENTRY this the 27th day of August 1998.

_____
JUDGE PRESIDING

APPROVED TO AND AGREED:

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
210/428-7495; FAX: 210/428-2954

By: _____
ROGER W. HUGHES
State Bar No. 10229500

Attorneys for Plaintiff,
REPUBLIC-VANGUARD INSURANCE CO.

LEWIS, SKAGGS & REYNA, L.L.P.
P. O. Box 2285
McAllen, TX 78502-2285
956/687-8203; FAX: 956/630-6570

By: _____
JOHN SKAGGS
State Bar No. 18452500

Attorneys for Defendant, JUAN CARDOZA d/b/a J L CONSTRUCTION CO.

_____
Defendant, JUAN CARDOZA d/b/a J L CONSTRUCTION CO.